**No. 25-5091**                          **September Term, 2024**

1:25-cv-00381-ABJ

Filed On: April 19, 2025 [2111853]

National Treasury Employees Union, et al.,

       Appellees

   v.

Russell T. Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau and Consumer Financial Protection Bureau,

       Appellants

------------------------------

Consolidated with 25-5132

## **O R D E R**

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

                                               **FOR THE COURT:**
                                               Clifton B. Cislak, Clerk

                            BY:     /s/
                                        Scott H. Atchue
                                        Deputy Clerk