No. 25-5091                                September Term, 2024

1:25-cv-00381-ABJ

**Filed On: May 12, 2025**

National Treasury Employees Union, et al.,

        Appellees

        v.

Russell T. Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau and Consumer Financial Protection Bureau,

        Appellants

------------------------------------
Consolidated with 25-5132

        **BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

**O R D E R**

Upon consideration of appellants' unopposed motion to voluntarily dismiss appeal No. 25-5132, it is

**ORDERED** that the motion be granted, and case No. 25-5132 is hereby dismissed. It is

**FURTHER ORDERED** that the consolidation of these cases be terminated.

The Clerk is directed to issue the mandate forthwith in case No. 25-5132.

<u>**Per Curiam**</u>

                               **FOR THE COURT:**
                               Clifton B. Cislak, Clerk

         BY:     /s/
                    Scott H. Atchue
                    Deputy Clerk